An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DESHAWN LAMONT THOMAS,<br>                    Appellant,<br>vs.<br>ROBERT G. LUCHERINI,<br>                    Respondent. | No. 66496 |

FILED

FEB 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying a NRCP 60(b) motion to set aside an order statistically closing the underlying case. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

A form order statistically closing a case is not final and appealable. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. ___, 301 P.3d 850 (2013). Thus, although an order denying a motion for NRCP 60(b) relief is generally appealable as a special order after final judgment, *see Holiday Inn Downtown v. Barnett*, 103 Nev. 60, 732 P.2d 1376 (1987), there has been no final judgment entered in the underlying case. Because no final judgment has been entered and no statute or other court rule provides for an appeal from such a determination, *see* NRAP 3A(b) (setting

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04939

forth orders and determinations for which an appeal may be taken), we lack jurisdiction over this appeal. Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. Adriana Escobar, District Judge
        Deshawn Lamont Thomas
        Robert G. Lucherini, Chtd.
        Eighth District Court Clerk

---

[1]To the extent that appellant is attempting to appeal from the district court's order denying his motion for default judgment and granting defendant's motion to dismiss, we determine that we lack jurisdiction to entertain that appeal as well, as it appears no written order or judgment has been entered in that regard. *See Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) (an oral pronouncement of an order or judgment is not valid for any purpose, and only a written order or judgment may be appealed).